# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Ester Lelchook
   Plaintiff

v.                                                 1:15-cv-13715-PBS

The Central Bank of the Islamic Republic of Iran
   Defendant

## NOTICE OF DEFAULT

<u>Saris, Chief District Judge,</u>

Notice of Default is hereby issued for failure of the Defendant, **The Central Bank of the Islamic Republic of Iran** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 6/16/2016. Counsel shall serve the Notice of Default on the defendant and submit a Motion for Default Judgment/proposed order within 30 days of this order.

                                                        Robert M. Farrell
                                                        Clerk of Court

                                        By: /s/ C. Geraldino-Karasek
                                                  Deputy Clerk

Dated: **6/16/2016**