# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X

ESTER LELCHOOK, individually and as personal representative of the Estate of David Martin Lelchook; MICHAEL LELCHOOK; YAEL LELCHOOK; ALEXANDER LELCHOOK; AND DORIS LELCHOOK,

         Plaintiffs,

         - against -

THE ISLAMIC REPUBLIC OF IRAN; THE CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN (a/k/a Bank Markazi Jomhouri Islami Iran); BANK SADERAT IRAN; AND BANK SADERAT, PLC,

         Defendants.

---------------------------------------------------------------------X

Case No: 1:15-CV-13715 (PBS)

## DEFENDANT BANK SADERAT PLC'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

As directed in the Court's order of August 9, 2016 ("Order") in this case, defendant Bank Saderat PLC ("BSPLC") moves this Court to dismiss the current complaint against BSPLC for lack of personal jurisdiction over BSPLC under Fed. R. Civ. P. 12(b)(2).

In support of this Motion, BSPLC has already filed extensive papers with the Court and had oral argument before the Court on the issue of personal jurisdiction over BSPLC. BSPLC relies upon such filed papers (including the memorandum of law and authorities within Document Nos. 55 and 63) and oral argument in support of its motion to dismiss the current complaint against BSPLC for lack of personal jurisdiction.

On March 29, 2016, the Court stayed all proceedings in this case as to BSPLC. (Dkt #39).  The Order now directs BSPLC to file only its Rule 12(b)(2) motion within 14 days of the Order.  In seeking only this relief at this time as directed in the Order and in conformity with the Court's schedule and the Court's stay, BSPLC does not waive, but preserves, its right to hereafter file motions as to other defenses and claims, including those in Fed. R. Civ. P. 12, as may be shown.

Though plaintiffs have recently advised BSPLC of their intention to seek to amend the complaint, this motion is filed in conformity with the deadline provided by the Court in the Order.

## Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, BSPLC's counsel conferred in good faith with counsel for plaintiffs by various e-mails between August 15 and August 19, 2016.  The parties do not agree on the relief requested in BSPLC's motion, which the plaintiffs oppose.

Dated:  August 19, 2016                                 Respectfully submitted,

/s/ William M. Taylor
PEPPER HAMILTON LLP
Jeremy D. Frey (pro hac vice)
William Taylor (BBO#624981)
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617.204.5100

*Attorneys for Defendant Bank Saderat PLC*

## CERTIFICATE OF SERVICE

I, William M. Taylor, hereby certify that a true and correct copy of Defendant Bank Saderat PLC's Motion to Dismiss for Lack of Personal Jurisdiction was served electronically via the Court's ECF system upon:

>Marna F. Berkman
>Robert J. Tolchin
>The Berkman Law Office, LLC
>111 Livingston Street
>Suite 1928
>Brooklyn, New York  11201
>Telephone: (718) 855-3627
>
>*Attorneys for the plaintiffs*

/s/ William M. Taylor
William M. Taylor

August 19, 2016