UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ester Lelchook, et.al.
   Plaintiffs
     v.                               1:15-cv-13715-PBS

Islamic Republic of Iran et al
   Defendant

## NOTICE OF DEFAULT

Saris, DJ Chief

     Notice of Default is hereby issued for failure of the Defendant **Islamic Republic of Iran**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this September 16, 2016 . Counsel shall serve the Notice of Default on the defendant and submit a Motion for Default Judgment/proposed order within 30 days of this order.

                                              Robert M. Farrell
                                              Clerk of Court

                                          By: *C. Geraldino-Karasek*
                                                 Deputy Clerk

Dated: **9/16/2016**